# EXHIBIT A



**Atlantic**
CREDIT & FINANCE INCORPORATED
PO Box 13386 • Roanoke, VA 24033
800-888-9419 • Fax 540-772-7895

Reply by calling our office at:
800-888-9419
by
12/13/2017

**PRE-LEGAL NOTIFICATION**

KELLY MOYA

Original Creditor: SYNCHRONY BANK
LUMBER LIQUIDATORS
Current Owner: Midland Funding LLC
Current Servicer: Atlantic Credit & Finance, Inc.
Original Account Number:

ACF Account #:
Balance: $5,026.36
Date of Default: 5/3/2017
Last Paid Date: 3/11/2017

12/6/2017

Dear KELLY MOYA:

Atlantic Credit & Finance has tried to reach you regarding this account. This letter is to inform you that Midland Funding, LLC is considering forwarding this account to an attorney in your state for possible litigation. Upon receipt of this notice, please call 800-888-9419 to discuss your options.

If we don't hear from you or receive payment, Midland Funding, LLC may proceed with forwarding this account to an attorney.

Atlantic Credit & Finance would like to make arrangements with you to resolve the above-referenced account using one of the following options:

1) A one time repayment amount of $3,518.45 to be due on 12/13/2017;
2) Biweekly payments as low as $25.00 until balance is paid in full.

These payment opportunities do not alter or amend your validation rights as described in our previous letter to you. Please contact our office at 800-888-9419 to take advantage of one of the above options. Once you have completely fulfilled one of the above payment arrangements you will be released of the obligation. We are not obligated to renew this offer.

Thank you for your cooperation in resolving this matter.

OUR OFFICE HOURS ARE 8:30 A.M. to 9:00 P.M. EST MONDAY – WEDNESDAY, 8:30 A.M. to 5:30 P.M. EST THURSDAY AND 9:00 A.M. to 5:00 P.M. EST ON FRIDAY.

Sincerely,

Latoya
Atlantic Credit & Finance, Inc.
800-888-9419 ext 64469

This communication is from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

**PLEASE SEE REVERSE SIDE FOR IMPORTANT DISCLOSURE INFORMATION**

RECA